IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PERCELLA BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-CV-1849 |
| § | |
| CAROLYN W. COLVIN,[1] ACTING § | |
| COMMISSIONER OF THE § | |
| SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, to which there were no timely-filed objections. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, the Memorandum and Recommendation is **ADOPTED**.

**SIGNED** at Houston, Texas, this _17_ day of July, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue was the Commissioner of the Social Security Administration at the time that Plaintiff filed this case but no longer holds that position. Carolyn W. Colvin is Acting Commissioner of the Social Security Administration and, as such, is automatically substituted as Defendant. See Fed. R. Civ. P. 25(d).